1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ERNEST MEDINA,

11                  Plaintiff,                    No. CIV S-11-2240 DAD P

12          vs.

13   DIRECTOR OF MENTAL HEALTH,

14                  Defendant.                    ORDER

15   _____/

16          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.  Plaintiff has not paid the required filing fee of $350.00 or filed an

18   application to proceed in forma pauperis.  See 28 U.S.C. §§ 1914(a) & 1915(a).  Plaintiff will be

19   granted thirty days to pay the filing fee in full or submit a properly completed application to

20   proceed in forma pauperis.

21          Plaintiff is cautioned that the in forma pauperis application form includes a

22   section that must be completed by a prison official, and the form must be accompanied by a

23   certified copy of plaintiff's prison trust account statement for the six-month period immediately

24   preceding the filing of this action.

25   /////

26   /////

1               Accordingly, IT IS HEREBY ORDERED that:

2               1.  Plaintiff shall submit, within thirty days from the date of this order, either the

3 $350.00 filing fee or a properly completed application to proceed in forma pauperis on the form

4 provided with this order; plaintiff is cautioned that failure to comply with this order or seek an

5 extension of time to do so will result in a recommendation that this action be dismissed without

6 prejudice; and

7               2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed

8 In Forma Pauperis By a Prisoner for use in a civil rights action.

9 DATED: September 1, 2011.

10

11 _____

12 DALE A. DROZD
   UNITED STATES MAGISTRATE JUDGE

13 DAD:md
   medi2240.3a

14

15

16

17

18

19

20

21

22

23

24

25

26