IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST DANIEL MEDINA,

    Plaintiff,                    No. 2:11-cv-2240-DAD P

    vs.

DIRECTOR OF MENTAL HEALTH,

    Defendant.               ORDER

                                  /

        Plaintiff has filed a motion for the court to issue a scheduling order in this case. The court will deny plaintiff's motion as premature and unnecessary. Plaintiff is advised that the court will automatically issue a discovery and scheduling order after defendants appear in this action and file an answer to plaintiff's amended complaint.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the court to issue a scheduling order (Doc. No. 20) is denied as premature and unnecessary.

DATED: June 21, 2012.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
medi2240.sched