IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST DANIEL MEDINA,

    Plaintiff,               No. 2:11-cv-2240-DAD P

    vs.

DIRECTOR OF MENTAL HEALTH,

    Defendant.          ORDER

_____/

        Plaintiff has filed a second motion for the court to issue a scheduling order in this case. The court will deny this motion as premature and unnecessary, too. As the court previously advised plaintiff, the court will automatically issue a discovery and scheduling order after defendants appear in this action and file an answer to plaintiff's amended complaint.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the court to issue a scheduling order (Doc. No. 25) is denied as premature and unnecessary.

DATED: July 9, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
medi2240.sched(2)